FILED

JUN 4 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROCHELLE SCOTT, individually, and as co-special administrator of the estate of ROY ANTHONY SCOTT; FREDRICK WAID, as co-special administrator of the estate of ROY ANTHONY SCOTT,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>KYLE SMITH; et al.,<br><br>Defendants-Appellants. | No. 23-15480<br><br>D.C. No.<br>2:20-cv-01872-RFB-EJY<br>District of Nevada,<br>Las Vegas<br><br>ORDER |

Before: BADE, DESAI, and DE ALBA, Circuit Judges.*

The parties are ordered to file simultaneous supplemental briefs addressing the impact, if any, of the Supreme Court's decision in *Zorn v. Linton*, 146 S. Ct. 926 (2026), on this case. The supplemental briefs shall be no longer than 4200 words and shall be submitted no later than 21 days after the entry of this order. Oral argument will be scheduled in due course, if necessary.

---

* Judge Bade was drawn at random to replace Judge Gutierrez, sitting by designation, who retired.